# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-10-0245 |
| v. | * | Civil No. – JFM-13-230 |
| | * | |
| JAMEAL GOULD | * | |
| | ****** | |

## MEMORANDUM

Jameal Gould has filed a motion under 28 U.S.C. § 2255. Gould pled guilty to a charge of conspiracy to distribute and possess to distribute five kilograms or more of cocaine. He was sentenced to 175 months imprisonment followed by a five-year term of supervised release.

Gould's Section 2255 motion will be denied. The reasons for the denial can be briefly stated.

First, despite Gould's contention to the contrary, his counsel was not ineffective in failing to object to the manner in which Gould's criminal history score was calculated. This court found, based upon the recommendation of the probation officer, that Gould's convictions in 2004 should be separately calculated. That conclusion was correct. Although Gould was sentenced on these convictions on the same day, the offenses were separated by intervening arrests. *See* U. S. Sentencing Guidelines Manual § 4A1.2.a(2).

As to Gould's second contention, that his counsel was ineffective because he was operating under threat of disbarment, the fact is that at the time that he entered into his guilty plea and was sentenced, Gould was represented by new counsel, Marcia Shein, who was not operating under any threat of disbarment.

A separate order denying Gould's motion is being entered herewith.

1

Date: August 6, 2013          __/s/_____
                              J. Frederick Motz
                              United States District Judge